# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JUL 29 2022
Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA,
Plaintiff

vs.   Case No. 4:09-cr-00342

ROBERT ALLEN STANFORD,
Defendant

## NOTICE OF APPEAL
## AND
## REQUEST TO PROCEED IN FORMA PAUPERIS

Robert Allen Stanford, defendant *pro se*, hereby gives notice that he seeks to appeal this court's July 25, 2022 denial of his 'Renewed Motion For Compassionate Release', filed under 18 U.S.C. 3582(c)(1)(A)(i). (Doc.1578)

In connection with this notice, because this court has previously declared this case to be 'extraordinary complex', further declared the defendant as indigent and appointed counsel under the Criminal Justice Act, 18 U.S.C. 3006A, (Docs. 121-126) he seeks leave to proceed in the court of appeals in forma pauperis.

Date: July 26, 2022

Respectfully submitted,

*Robert Allen Stanford*
Robert Allen Stanford, *pro se*
Reg.# 35017-183
Federal Correctional Complex
Coleman, USP II
P.O. Box 1034
Coleman, Florida 33521

1

## Certificate of Service

I, Robert Allen Stanford, do hereby certify that on this 26th day of July, 2022, I placed a copy of this notice of appeal with request to proceed in forma pauperis in the U.S. Mail addressed to:

United States Attorney's Office
1000 Louisiana Avenue
Houston, Texas 77002


Robert Allen Stanford, *pro se*

*/s/ Robert Allen Stanford*

2

ROBERT ALLEN STANFORD
35017-183
P.O. BOX 1034
COLEMAN, FL. 33521

CLERK OF THE COURT
U.S. COURTHOUSE
515 RUSK AVE.
HOUSTON, TX 77002

77002-260099

MIAMI FL 330
26 JUL 2022 PM 5

United States Courts
Southern District of Texas
FILED
JUL 29 2022
Nathan Ochsner, Clerk of Court